April 15, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00047-CV

A-TAP, INC., Appellant

V.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellee

This cause, an appeal from the judgment in favor of appellee, Texas Health and Human Services Commission, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, A-TAP, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered April 15, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.